| Probation Form 22 | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court)<br>2:10-CR-30-1BO |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court)<br>1:20CR117-1 |
| NAME OF OFFENDER<br>**Marcel Duran Bowe**<br>(DURHAM COUNTY) | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION<br>**Northern Division** |
| | NAME OF SENTENCING JUDGE<br>**Terrence W. Boyle** | |
| | DATES OF SUPERVISION | FROM 4/2/2019 — TO 04/01/2021 |

OFFENSE
Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Middle District of North Carolina upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

5-6-20
Date

*/s/ Terrence W. Boyle*
Terrence W. Boyle, Chief United States District Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this court from and after the entry of this order.

May 7, 2020
Effective Date

*/s/ Loretta C. Biggs*
United States District Judge